ROBERT L. SCHULZ, Appellant, et al., Plaintiffs, v STATE OF NEW YORK EXECUTIVE et al., Respondents.

Submitted July 15, 2013; decided September 3, 2013

1052

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution and is not a nonfinal order of the type within the meaning of CPLR 5602 (a) (2).